UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

RAYMOND DIXON,

                Defendant.

19-cr-72 (JGK)

ORDER

---

JOHN G. KOELTL, United States District Judge:

As stated at the conference held today, the defendant is directed to submit a letter by **December 2, 2021,** indicating the defendant's position with respect to the Probation Office's proposed modifications to the conditions of the defendant's supervised release.

A conference is scheduled for **January 27, 2022, at 2:00 p.m.** The parties may access the conference using the following dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated: November 29, 2021
      New York, New York

                                          John G. Koeltl
                                   United States District Judge