UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                        19 cr 72 (JGK)

RAYMOND DIXON,
                        Defendant.
-------------------------------------------------------------X

       It is hereby ordered that Gregory Morvillo, Esq., be appointed as counsel for the above-named defendant, for all purposes, including the violation of supervised release.

**SO ORDERED.**

                                                                  **JOHN G. KOELTL**
                                                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          November 29, 2021