March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

Raymond Dixon

                       Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

19-CR-72 (JGK)

Defendant __Raymond Dixon__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

[X] Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Plea/Trial/Sentence

/s/
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Raymond Dixon
_____
Print Defendant's Name

_____
Defense Counsel's Signature

Gregory Morvillo
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

12/1/21
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge