UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -                          19-cr-72 (JGK)

RAYMOND ANTHONY DIXON,             ORDER

           Defendant.

---

JOHN G. KOELTL, District Judge:

    As discussed at the conference held today, a conference is scheduled for **May 16, 2022 at 4:00 p.m.** The defendant is directed to submit a letter advising the Court as to the status of the case by **April 1, 2022.**

SO ORDERED.

Dated:    New York, New York
          March 28, 2022

                                              John G. Koeltl
                                    United States District Judge