UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    - against -

RAYMOND DIXON,
           Defendant.

19-cr-72 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The September 22, 2022 conference is adjourned to October 21, 2022 at noon.

SO ORDERED.
Dated:    New York, New York
          September 6, 2022

                              John G. Koeltl
                            United States District Judge