UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

UNITED STATES OF AMERICA,                 19-cr-72 (JGK)

    - against -                         ORDER

RAYMOND ANTHONY DIXON,

               Defendant.
───────────────────────────────

    Defense counsel should provide the Court with an update on the defendant's treatment and progress by **Tuesday, May 23, 2023**.

SO ORDERED.

Dated:   New York, New York
        May 19, 2023

                                         John G. Koeltl
                                   United States District Judge